# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Gwyndoline Ball, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Trans Union LLC and Specialized )<br>Loan Servicing, LLC, )<br>)<br>   Defendants. ) | Civil Action File No.:<br>1:22-cv-04962-WMR-JSA |

## NOTICE OF SETTLEMENT

Plaintiff, Gwyndoline Ball, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant Trans Union LLC. Plaintiff and Defendant Trans Union LLC need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant Trans Union LLC with Prejudice within the next 60 days.

Respectfully submitted this 16th day of February, 2023.

 

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*
