# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Gwyndoline Ball, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:22-cv-04962-WMR-JSA |
| v. ) | |
| ) | |
| Trans Union LLC and Specialized ) | |
| Loan Servicing, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SPECIALIZED LOAN SERVICING, LLC ONLY

Comes now the Plaintiff in the above styled manner and does hereby file this voluntary dismissal without prejudice as to Defendant Specialized Loan Servicing, LLC pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted this 16th day of February, 2023.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*