# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Gwyndoline Ball,      ) | |
|                       ) | |
|   Plaintiff,          ) | Civil Action File No.: |
|                       ) | 1:22-cv-04962-WMR-JSA |
| v.                    ) | |
|                       ) | |
| Trans Union LLC and Specialized ) | |
| Loan Servicing, LLC,  ) | |
|                       ) | |
|   Defendants.         ) | |
|                       ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION LLC, ONLY

Plaintiff, Gwyndoline Ball, by and through undersigned counsel, hereby dismisses this action against Defendant, Trans Union LLC, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 19th day of October, 2023.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

1

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Trans Union LLC, with adequate postage affixed thereto and addressed as follows:

Terri R. Brown, Esq.
Trans Union, LLC
555 W. Adams St.
Chicago, IL 60661

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*